USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 7/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.T. and C.T., individually and
on behalf of S.T., a minor,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT
OF EDUCATION,

Defendant.

26 Civ. 3026 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated April 20, 2026, the Court directed the parties to file a joint letter and a jointly proposed case management plan and scheduling order by June 19, 2026. *See* ECF No. 2. That submission is now overdue. Accordingly, the parties shall file a joint letter and jointly proposed case management plan by **July 20, 2026**.

SO ORDERED.

Dated: July 7, 2026
New York, New York

ANALISA TORRES
United States District Judge